IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT HELM** | SOUTHERN DISTRICT OF MISSISSIPPI FILED | **PLAINTIFF** |
| **VERSUS** | SEP 08 2025 | CASE # 3:25-cv-673-CWR-LGI |
| **DANIEL JONES** | ARTHUR JOHNSTON BY ____ DEPUTY | **DEFENDANT** |

**COMPLAINT**
**(JURY TRIAL REQUESTED)**

NOW COMES plaintiff, Robert Helm, a person of the full age of majority, and citizen and resident of Mobile, Alabama, and represents as follows:

1.

Made defendant herein is Daniel Jones, a person of the full age of majority and a citizen and resident of Jackson, Mississippi, and who may be served at 4911 Old Canton Road, Apt. 136, Jackson, Mississippi 39211 (or wherever he may be found).

2.

Venue is established under Title 28, Section 1391(b)(2) of the United States Code, based upon the fact that the subject motor vehicle collision occurred within this judicial district.

3.

Jurisdiction is established under Title 28, Section 1332 of the United States Code, based on the diversity of citizenship and further upon the grounds that the amount in controversy for the plaintiff exceeds $75,000, exclusive of interest and costs, based upon the fact that the automobile collision which is the subject of this Complaint caused plaintiff to sustain significant injuries, associated past and future general damages, and special damages including continuing medical

care and other associated future medical expenses (including but not limited to pain management and/or spinal surgery), along with associated loss of earnings.

4.

On or about October 6, 2023, plaintiff, Robert Helm was lawfully stopped for traffic in his vehicle on Woodrow Wilson Blvd. in Jackson, Mississippi when suddenly and without warning he was rear-ended by a vehicle owned by Gerry and Rhonda James and being operated by Daniel Jones with the owners' permission.

5.

The aforesaid collision occurred through no fault of the plaintiff; rather, the collision was caused solely by the fault and negligence and recklessness of Daniel Jones based on the following acts and omissions:

    a.    Failure to see what should have been seen;

    b.    Failure to yield;

    c.    Operating one's vehicle at an excessive rate of speed;

    d.    Inattention, including but not limited to improper/illegal cell phone use;

    e.    Failure to keep a proper lookout for other traffic;

    f.    Failure to maintain the proper degree of control of the vehicle;

    g.    Failure to warn;

    h.    Failure to maintain;

    i.    Violation of applicable local, state and federal highway laws and regulations regarding the operation of motor vehicles (including commercial motor vehicles);

    j.    Gross negligence evidencing a willful, wanton or reckless disregard for the safety of others, including the plaintiff as well as the general motoring public; and

k.  Any and all other acts of simple and gross negligence, recklessness and fault as will be shown throughout discovery and at the trial of this matter.

6.

Defendant admitted to the plaintiff on the scene that the defendant was not paying attention due to smart/cell phone usage and this is the reason that defendant gave for forcefully rear-ending the plaintiff.

7.

As a result of the aforesaid collision, plaintiff suffered injuries and losses for which plaintiff seeks all reasonable past and future damages from the defendant including, but not limited to physical pain and suffering, medical expenses, disability, any and all mental anguish and emotional distress to the extent allowed by law, loss of the enjoyment of life, loss of wages and/or earning capacity, loss of use, property damage and related expenses, rental vehicle expenses, loss of household services, punitive damages to the extent allowed by law (including associated attorney's fees), and all other damages as may be assessed following a trial of this matter.

7.

Plaintiff is entitled to a trial by jury and respectfully requests a trial by jury on all issues raised herein.

WHEREFORE, plaintiff, Robert Helm, prays that defendant, Daniel Jones, be served with a copy of this Complaint and after being duly summoned to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, that there be trial by jury, individual judgment rendered herein in favor of plaintiff, and against the defendant, for any and all damages, including punitive damages, as alleged, together with legal interest and for all costs

of these proceedings, and for all legal and equitable relief this Honorable Court shall deem appropriate.

RESPECTFULLY SUBMITTED, this 3rd day of September, 2025.

SILBERT, PITRE & FRIEDMAN

_____
DAVID PITRE (MS Bar #99388)
1303 Spring Street
Gulfport, Mississippi 39507
Telephone: (228) 822-2404
Fax: (228) 822-9942
Email: david@spflawyers.com
Counsel for Plaintiff